Anthony D. Kuchulis, OSB No. 083891
akuchulis@dunncarney.com
Sara M. Dueno, OSB No. 233183
sdueno@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR 97204
Telephone: 503.310.9904
Facsimile: 503.224.7324

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| REBEKAH WEIGEL,<br><br>        Plaintiff,<br><br>    v.<br><br>CALDERA CARE, aka CORNERSTONE HEALTHCARE SERVICES, LLC, MEADOW PARK CARE aka, MEADOW PARK HEALTH-ST HELEN, LLC and JULIE JOHANSEN,<br><br>        Defendants. | Case No. 3:24-CV-01836<br><br>DEFENDANTS' NOTICE OF REMOVAL |

**TO:         CLERK OF THE ABOVE-ENTITLED COURT;**

**AND TO:    PLAINTIFF'S COUNSEL OF RECORD:**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Cornerstone Healthcare Services, LLC dba Caldera Care ("Cornerstone Healthcare"), Meadow Park Health-St Helen, LLC dba Meadow Park Care ("Meadow Park"), and Julie Johansen (collectively, "Defendants"), by filing this Notice of Removal and related papers, remove this action from the Circuit Court of

Page 1 - DEFENDANTS' NOTICE OF REMOVAL

the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon, Portland Division. All Defendants join in this removal. Defendants remove this case based on diversity of citizenship, 28 U.S.C. §§ 1332 and 1441, as follows:

**NOTICE OF REMOVAL IS TIMELY AND
ALL DEFENDANTS JOIN IN THE REMOVAL**

1.      On September 25, 2024, Plaintiff Rebekah Weigel ("Plaintiff") filed a civil action against Defendants Circuit Court of the State of Oregon for the County of Multnomah entitled: *Rebekah Weigel v. Caldera Care, aka Cornerstone Healthcare Services, LLC, Meadow Park Care aka, Meadow Park Health-St Helen, LLC and Julie Johansen*, Case No. 24CV46368 ("State Court Action"). Pursuant to 28 U.S.C. § 1446(a), Defendants attach as Exhibits A and B, true and correct copies of all state court papers properly served on Defendants, and all records filed in the State Court Action as of this date.

2.      This Notice of Removal is timely filed within 30 days after service of process. 28 USC §1446(b); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348 (1999) (holding that the time for removal is triggered upon formal service of process). As of the date of filing this Notice of Removal, two of the three defendants have been served with process. Julie Johansen was served on October 17, 2024. Declaration of Julie Johansen ("Johansen Decl."), ¶ 2; Exhibit A, p. 1. Cornerstone Healthcare was served on October 22, 2024. Exhibit A, pp. 2-3. As of the date of filing this Notice of Removal, on information and belief, Plaintiff has failed to serve Meadow Park.

3.      Other than the above-referenced proceedings, no further proceedings have occurred in the State Court Action as of the date of filing this removal.

//

//

Page 1 - DEFENDANTS' NOTICE OF REMOVAL

**COMPLETE DIVERSITY EXISTS**

4.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332. This action may be removed pursuant to 28 U.S.C. §1441 because the action is between citizens of different states; none of the properly joined defendants is a citizen of Oregon; and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      Plaintiff admits, on the face of her Complaint, that she seeks $999,999 in damages, exclusive of interest and costs. *See* Ex. B, ¶¶ 27, 35, 45, 52.

6.      The State Court Action is a controversy between citizens of different states. As of September 25, 2024, the date that Plaintiff filed the above-captioned State Court Action, Plaintiff was, and now is, a citizen of the State of Oregon and, on information and belief, maintains her domicile in the State of Oregon as of the date of filing this Notice of Removal.

7.      Julie Johansen is not a citizen of Oregon. On October 17, 2024, the date that Plaintiff served process, Julie Johansen was, and is, a citizen of the State of Washington and remains domiciled in the State of Washington as of the date of filing of the Notice of Removal. Johansen Decl., ¶ 4.

8.      Cornerstone Healthcare is not a citizen of Oregon because it is a limited liability company without any owner or member that is a citizen of Oregon. *See Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n LLC is a citizen of every state of which its owners/members are citizens."). Cornerstone Healthcare's sole member is PNW Healthcare Holdings, LLC ("PNW Healthcare"). Declaration of Mark Brady, ¶ 2. PNW Healthcare has two members, Cornerstone 18 Operations LLC and Kesher Health, LLC. *Id.* at ¶ 4.

/ /

8.1.    Cornerstone 18 Operations LLC's sole member is Cornerstone 18 Operations AJH LLC. *Id.* at ¶ 5. Cornerstone 18 Operations AJH LLC's sole member is an individual domiciled in Florida. *Id.* at ¶ 6.

8.2.    Kesher Health, LLC's members are certain individuals and each are individually domiciled in California. *Id.* at ¶ 7. None of Kesher Health, LLC's members are citizens of or domiciled in Oregon. *Id.*

8.3.    As of October 22, 2024, the date of Plaintiff's formal service of process, Cornerstone Healthcare was, and is, a citizen of the State of Florida and the State of California as of the date of filing this Notice of Removal.  *Id.* at ¶¶ 2-7.

9.    Unserved Defendant Meadow Park is not a citizen of Oregon because it is a limited liability company without any owner or member that is a citizen of Oregon. Meadow Park's sole member is PNW Healthcare. *Id.* at ¶ 3. Accordingly, Meadow Park, like Cornerstone Health, is also a citizen of the State of Florida and the State of California as of the date of filing this Notice of Removal.  *Id.* at ¶¶ 2-7.

10.    Therefore, there is complete diversity between Plaintiff and all Defendants in this action.

**REMOVAL TO THIS DISTRICT IS PROPER**

10.    Pursuant to 28 USC §§1332, 1441, and 1446, removal of the above-captioned State Court Action to this Court is appropriate.

11.    Pursuant to 28 USC §1441(a), removal is made to this Court as the District and Division embracing the place where the State Court Action is pending.

12.    Defendants maintain good and sufficient defenses to this action and, by filing this Notice of Removal, waives no defenses, jurisdictional or otherwise.

Page 1 - DEFENDANTS' NOTICE OF REMOVAL

13.    Pursuant to 28 U.S.C. § 1446(d), Defendants provides Plaintiff, through her counsel, written notice of the filing of this Notice of Removal. Furthermore, Defendants filed a copy of this Notice of Removal with the Clerk of the Circuit Court of Multnomah County, Oregon, where the State Court Action is currently pending.

DATED: November 1, 2024

*/s/ Anthony D. Kuchulis*_____
Anthony D. Kuchulis, OSB No. 083891
Email: akuchulis@dunncarney.com
Sara M. Dueno, OSB No. 233183
Email: sdueno@dunncarney.com

Of Attorneys for Defendants

Page 1 - DEFENDANTS' NOTICE OF REMOVAL